**Order entered December 3, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00476-CR

### JIMMY JONES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-15371-R**

### ORDER

Before the Court is the State's November 30, 2020 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due by December 29, 2020.

/s/    LANA MYERS
       JUSTICE